The People of the State of New York, Respondent, v. Fresh Grown Preserve Corporation, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of holding and keeping unwholesome food, in violation of the Sanitary Code (Article 9, § 163), and in failing to keep the same separate and apart from other foodstuffs (Regulation 27; Sanitary Code, § 148),* and fining

defendant $150 on the first and $100 on the second count of the information, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.